IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PEGASUS DEVELOPMENT CORPORATION and PERSONALIZED MEDIA COMMUNICATIONS, L.L.C., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 00-1020-GMS |
| DIRECTV, INC., HUGHES ELECTRONICS CORPORATION, THOMSON CONSUMER ELECTRONICS, INC., and PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, | ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| AND RELATED COUNTERCLAIMS | ) ) ) ) | |

## NOTICE OF CHANGE OF FIRM ADDRESS

PLEASE TAKE NOTICE that the law firm of Ashby & Geddes is moving to new offices.

Effective December 18, 2006, the firm's address will be as follows:

> Ashby & Geddes
> 500 Delaware Avenue, 8th Floor
> P.O. Box 1150
> Wilmington, DE 19899 (19801 for hand deliveries)

The firm's telephone number, facsimile number, and e-mail address will remain unchanged.

ASHBY & GEDDES

*/s/ Steven J. Balick*

_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE  19899

*Attorneys for Defendant Philips Electronics North America Corporation*

*Of Counsel:*

Victor G. Savikas
Kevin G. McBride
Marsha E. Mullin
JONES DAY
555 West Fifth Street, Suite 4600
Los Angeles, CA  90013
Telephone:  213-489-3939
Facsimile: 213-243-2539

Dated:  December 14, 2006
176087.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2006, the attached **NOTICE OF CHANGE OF FIRM ADDRESS** was served upon the below-named counsel of record at the address and in the manner indicated:

| | |
|---|---|
| R. Eric Hutz, Esquire<br>Connolly Bove Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Sidney Rosenzweig, Esquire<br>Arnold & Porter<br>Thurman Arnold Building<br>555 12th Street, N.W.<br>Washington, D.C. 20004 | VIA ELECTRONIC MAIL |
| Timothy R. DeWitt, Esquire<br>24 IP Law Group USA, PLLC<br>1455 Pennsylvania Ave., N.W.<br>Suite 100<br>Washington, DC 20004 | VIA ELECTRONIC MAIL |
| Karen Jacobs Louden, Esquire<br>Morris Nichols Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19801 | VIA ELECTRONIC MAIL |
| Victor G. Savikas, Esquire<br>Jones Day<br>555 South Flower Street, 50th Floor<br>Los Angeles, CA 90071 | VIA ELECTRONIC MAIL |
| John C. McNett, Esquire<br>Woodard, Emhardt, Naughton,<br>  Moriarty & McNett<br>Bank One Center/Tower<br>111 Monument Circle, Suite 3700<br>Indianapolis, IN 46204 | VIA ELECTRONIC MAIL |

Peter C. McCabe, III, Esquire											VIA ELECTRONIC MAIL
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

A.J. Usher, IV, Esquire											VIA ELECTRONIC MAIL
Bose McKinney & Evans LLP
2700 First Indiana Plaza
135 North Pennsylvania Street
Indianapolis, IN  46204

Philip A. Rovner, Esquire											VIA ELECTRONIC MAIL
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE  19801

Morris Waisbrot, Esquire											VIA ELECTRONIC MAIL
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022

*/s/ Steven J. Balick*

Steven J. Balick

4