AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____ District of _____ Delaware _____

PULMONETIC SYSTEMS, INC.,

V.

VERSAMED MEDICAL SYSTEMS, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    06-564-JJF

TO: (Name and address of Defendant)

Versamed Medical Systems, Inc.
c/o National Corporate Research, Ltd. (registered agent)
615 South DuPont Hwy.
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven J. Balick
John G. Day
Tiffany Geyer Lydon
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

December 15, 2006

CLERK                                                          DATE

_(signature)_

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 12/15/06 | |
| NAME OF SERVER (PRINT) Marian Hogan | TITLE Process Server | |
| Check one box below to indicate appropriate method of service | | |

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): I, Marian Hogan of the State of Delaware County of Kent being duly sworn says that on the 15th day of December 2006 I personally served a summons and complaint by serving Korie Steele c/o Versamed Medical Systems, Inc by serving its registered agent National Corporate Research, Ltd. located at 615 South DuPont Hwy, Dover DE 19901.

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12-15-06        _Marian Hogan_
             Date              Signature of Server

15 East North Street
Address of Server
Dover DE 19901

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.