IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PULMONETIC SYSTEMS INC., ) ) Plaintiff, ) ) v. ) ) VERSAMED MEDICAL SYSTEMS INC., ) ) Defendant. ) | C.A. No. 06-564 (JJF) |

## STIPULATION AND ORDER

It is hereby stipulated by the parties, subject to the approval of the Court, that the time in which defendant may move, answer or otherwise plead in response to the Complaint is extended until February 5, 2007.

ASHBY & GEDDES

/s/ Steven J. Balick
Steven J. Balick (No. 2114)
John G. Day (No. 2403)
Tiffany Geyer Lydon (No. 3950)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
(302) 654-1888
sbalick@ashby-geddes.com
  *Attorneys for Plaintiff*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (No. 1014)
Karen Jacobs Louden (No. 2881)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
  *Attorneys for Defendant*

SO ORDERED this ____ day of December, 2006.

_____
District Judge