IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PULMONETIC SYSTEMS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-564-JJF |
| | ) | |
| VERSAMED MEDICAL SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ENTRY OF APPEARANCE**

Please enter the appearance of the undersigned as counsel to the plaintiff in the above action.

ASHBY & GEDDES

*/s/ Steven J. Balick*
_____
Steven J. Balick (I.D. #2114)
John G. Day (I.D. #2403)
Tiffany Geyer Lydon (I.D. #3950)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
(302) 654-1888

*Attorneys for Plaintiff*

*Of Counsel:*

Jeffrey M. Olson, Esq.
Christopher P. Broderick, Esq.
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
(213) 896-6000

Dated: December 28, 2006
176303.1