IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PULMONETIC SYSTEMS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-564-JJF |
| | ) |
| VERSAMED MEDICAL SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATED ORDER

IT IS HEREBY STIPULATED AND AGREED, subject to the approval and order of the Court, that the deadline by which plaintiff's answering papers are due in response to defendant's motion to dismiss or stay (D.I. 11) is extended through and including March 2, 2007.

| | |
|---|---|
| ASHBY & GEDDES | MORRIS NICHOLS ARSHT & TUNNELL LLP |
| | |
| */s/ Steven J. Balick* | */s/ Jack B. Blumenfeld* |
| _____ | _____ |
| Steven J. Balick (I.D. #2114) | Jack B. Blumenfeld (I.D. #1014) |
| John G. Day (I.D. # 2403) | Karen Jacobs Louden (I.D. #2881) |
| Tiffany Geyer Lydon (I.D. #3950) | 1201 North Market Street |
| 500 Delaware Avenue, 8th Floor | P.O. Box 1347 |
| P.O. Box 1150 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | 302-658-9200 |
| 302-654-1888 | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge

177905.1