IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PULMONETIC SYSTEM INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | C.A. No. 06-564 (JJF) |
| ) | |
| VERSAMED MEDICAL SYSTEMS INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Eric W. Schweibenz, of Oblon, Spivak, McClelland, Maier & Neustadt P.C., 1940 Duke Street, Alexandria, Virginia 22314, to represent the defendant in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Karen Jacobs Louden*
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
klouden@mnat.com
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
Attorneys for defendant Versamed Medical Systems, Inc.

Dated: March 26, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____   _____
                                                                    J.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 3/23/2007

Eric W. Schweibenz
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, Virginia 22314
703-413-3000

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on March 26, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Tiffany Geyer Lydon
>ASHBY & GEDDES

I also certify that copies were caused to be served on March 26, 2007, upon the following in the manner indicated:

### BY HAND

>Tiffany Geyer Lydon
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE  19899

/s/ Karen Jacobs Louden
klouden@mnat.com