# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

KAREN JACOBS LOUDEN
302 351 9227
302 425 4681 Fax
klouden@mnat.com

April 5, 2007

**BY E-FILING**

The Honorable Joseph J. Farnan
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

   Re: *Viasys Respiratory Care Inc. v. Versamed Medical Systems, Inc.*, C.A. No. 06-579 (JJF)
       *Pulmonetic Systems, Inc. v. Versamed Medical Systems, Inc.*, C.A. No. 06-564 (JJF)

Dear Judge Farnan:

   On March 26, 2007, we filed motions for the admission pro hac vice of Eric Schweibenz to represent Defendant in these matters (D.I. 17 in C.A. 06-579 and D.I. 22 in C.A. 06-564). The Court granted these motions on March 28. We subsequently learned that the certifications on which the motions were based contained incorrect information about the bar admissions of Mr. Schweibenz. For clarity of the record, we are attaching herewith revised certifications for each case that reflect the correct bar admissions.

Respectfully,

*Karen Jacobs Louden*

Karen Jacobs Louden (#2881)

KJL:ncf
Enclosures

cc:   Steven Balick, Esq. (by electronic mail)
      Tiffany Geyer Lydon, Esq. (by electronic mail)
      Eric Schweibenz, Esq. (by electronic mail)

784996

# TAB A

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 4/4/2007

Eric W. Schweibenz
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, VA 22314
(703) 413-3000

# TAB B

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the District of Columbia and Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Dated: 4/4/2007

Eric W. Schweibenz
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, Virginia 22314
703-413-3000