IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PULMONETIC SYSTEMS INC., | ) |
| Plaintiff, | ) |
| v. | )   C.A. No. 06-564 (JJF) |
| VERSAMED MEDICAL SYSTEMS INC., | ) |
| Defendant. | ) |

**VERSAMED DISCLOSURE STATEMENT**
**PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, VersaMed Medical Systems Inc. discloses that its parent company is VersaMed Corporation and that VersaMed Corporation's parent company is now General Electric Company.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

 /s/  Karen Jacobs Louden
Jack B. Blumenfeld (#1014)
Karen Jacobs Louden (#2881)
1201 N. Market Street
Wilmington, DE  19899-1347
(302) 658-9200
klouden@mnat.com
   *Attorneys for Defendant*

2356334

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 6, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>Steven J. Balick
>Tiffany Geyer Lydon
>ASHBY & GEDDES

I also certify that copies were caused to be served on June 6, 2008, upon the following in the manner indicated:

>**BY HAND AND EMAIL**
>
>Steven J. Balick
>Tiffany Geyer Lydon
>Ashby & Geddes
>222 Delaware Avenue
>P.O. Box 1150
>Wilmington, DE  19899
>
>**BY EMAIL**
>
>Jeffrey M. Olson
>Christopher P. Broderick
>Matthew S. Jorgenson
>Sidley Austin LLP
>555 West Fifth Street
>Los Angeles, CA  90013

>*/s/ Karen Jacobs Louden*
>Karen Jacobs Louden (#2881)