IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PULMONETIC SYSTEMS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-564 (JJF) |
| ) | |
| VERSAMED MEDICAL SYSTEMS INC., ) | |
| ) | |
| Defendant. ) | |

## STIPULATION AND ORDER

WHEREAS this Court issued a Memorandum Order dated April 28, 2008, which in pertinent part, directed the parties to notify the Court by June 10, 2008 in the event the parties do not agree on an arbitrator (D.I. 24 at 3);

WHEREAS the parties have been engaged in settlement discussions;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to notify the Court if they are unable to agree on an arbitrator is hereby extended through and including July 10, 2008.

| ASHBY & GEDDES, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| /s/ Tiffany Geyer Lydon | /s/ Karen Jacobs Louden |
| Steven J. Balick (#2114) | Jack B. Blumenfeld (#1014) |
| John G. Day (#2403) | Karen Jacobs Louden (#2881) |
| Tiffany Geyer Lydon (#3950) | 1201 N. Market Street |
| 500 Delaware Avenue, 8th Floor | Wilmington, DE 19899-1347 |
| Wilmington, DE 19899 | (302) 658-9200 |
| (302) 654-1888 | klouden@mnat.com |
| tlydon@ashby-geddes.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

SO ORDERED this ____ day of _____, 2008.

_____
Farnan, J.